# In the United States District Court for the Southern District of Georgia
# Brunswick Division

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 AUG -2 P 4: 55

RHONDA A. JIMERSON, : CIVIL ACTION

    Plaintiff, :

       v. :

INTERNATIONAL LONGSHOREMEN'S :
ASSOCIATION, LOCAL 1423,
                                      :

    Defendant.                     NO. CV205-101

## O R D E R

Presently before the Court is Defendant's motion to dismiss for insufficiency of process and insufficiency of service of process. Doc. No. 6. Defendant faulted Plaintiff for failing to serve it with a summons in this action. After a second and third attempt at service of process, Plaintiff served Defendant with a proper summons. See Doc. Nos. 7-11, 13-15. Defendant has filed an answer to Plaintiff's complaint. Doc. No. 16.

Therefore, Defendant's motion to dismiss is **DISMISSED** as moot.

**SO ORDERED**, this ___3___ day of August, 2005.

                                       JUDGE, UNITED STATES DISTRICT COURT
                                       SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

ATTORNEYS SERVED:

Fletcher Farrington
John McKnight

CASE NO: CV205-101
DATE SERVED: 8/3/05
SERVED BY: slt

- [ ] Copy placed in Minutes
- [x] Copy given to Judge
- [ ] Copy given to Magistrate