# United States District Court
## Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP 27   A 9:30

CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| RHONDA A. JIMERSON | ) | |
| | ) | |
| vs | ) | CASE NUMBER  CV 205-101 |
| INTERNATIONAL LONGSHOREMEN'S ASSOCIATION-LOCAL 1423 | ) | |
| | ) | |
| | ) | |

## ORDER

The Court has been advised that this action cannot proceed to trial and disposition because of the following reason(s):

Defendant filed a Chapter 11 Bankruptcy Petition on September 22, 2006 bearing case number 06-20714-JSD and is entitled to an automatic stay.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court mark this action closed for statistical purposes, place the matter in a Civil Suspense File, and delete this matter from the role of pending cases.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party, if the circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

**SO ORDERED**, this __27__ day of __September__, 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA